

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-81,011-02

### EX PARTE ROY DURWOOD BRISTOW, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2011F00150-A IN THE 5TH DISTRICT COURT
### FROM CASS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of arson and sentenced to eight years' imprisonment. He did not appeal his conviction.

Applicant contends that pursuant to the plea agreement, he would receive pre-sentence credit for time served since September 2, 2011. According to the judgment, he was credited with one day of pre-sentence time. He now contends that the plea agreement was breached.

On June 14, 2014, we remanded this application and directed the trial court to determine

whether Applicant pleaded guilty pursuant to an agreement that he would receive pre-sentence credit for time served since September 2, 2011. We also directed the trial court to determine whether Applicant had received this credit and whether the plea agreement was breached.

On remand, the trial court found that it entered a judgment *nunc pro tunc* on March 27, 2015, crediting Applicant with the pre-sentence time he requested. This judgment, however, was not forwarded with the supplemental record. Accordingly, the trial court shall order the District Clerk to forward this judgment to this Court within 15 days of the date of this order. The trial court shall also order the District Clerk, if she has not already done so, to forward this judgment to the Texas Department of Criminal Justice—Correctional Institutions Division within 15 days of the date of this order.

This application will be held in abeyance. Any extensions of time shall be obtained from this Court.

Filed: November 4, 2015
Do not publish